SUSIE N. CADY, as Administratrix, etc., Respondent, *v.* THE MERCHANTS' BANK OF ROCHESTER, Impleaded, etc., Appellant.

(Argued April 17, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*William Nathaniel Cogswell* for appellant.

*Charles B. Keeler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARIA THORNTON et al., as Executors, etc., Respondents, *v.* ISAAC HARRIS et al., as Executors, etc., Appellants.

(Argued April 17, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1886, which affirmed a judgment in favor of plaintiffs, entered upon a verdict.

*John McCrone* for appellants.

*Anthony Barrett* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.